UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-22044-CIV-UNGARO/O'SULLIVAN

DANIEL BOCHNAR,

     Plaintiff,

v.

CARNIVAL CORPORATION,

     Defendant.

_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Determine Scope of Defendant's IME (DE # 17, 1/26/07).  This motion having failed to comply with Local Rule 7.1A3, requiring the moving counsel to confer with those who may be affected by the relief sought, it is

ORDERED AND ADJUDGED, that the Plaintiff's Motion to Determine Scope of Defendant's IME (DE # 17, 1/26/07) is DENIED.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 1st day of February, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All Counsel of Record